UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:  CASE NO.: 6:12-bk-14538-KSJ

ROBERT ADIARTE and
HEATHER M EBRIGHT-ADIARTE

Debtors.  Chapter 13

_____/

**MOTION FOR PAYMENT OF UNCLAIMED FUNDS**

COMES NOW, ROBERT ADIARTE and HEATHER M EBRIGHT-ADIARTE, the undersigned, to move the Court to enter an order directing payment of unclaimed funds now on deposit in the Registry of the United States Bankruptcy Court. Claimant is a Debtor (check one) in the above captioned bankruptcy case and on whose behalf funds were deposited. I have a right to claim said funds due to the following: **It was an overpayment in Chapter 13 fees and the funds belong to me as all creditors have been paid in full pursuant to the Chapter 13 Plan.**

> Name of Claimant: **Heather M. Ebright-Adiarte & Robert Adiarte**
>
> Mailing Address: **7906 SW 10th Street, Des Moines, IA 50315**
>
> Telephone Number: **(321) 695-3865**
>
> Last Four Digits of SS# or Tax ID Number: **0226**
>
> Amount of Claim: **$1,043.04**

Claimant certifies under penalty of perjury that all statements made by Claimant on this motion and any attachments required for this Motion is, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the dividend due upon this claim.

I certify that I have mailed a copy of this Motion to the U.S. Attorney, Attn: Civil Procedures Clerk, 400 N. Tampa St., Ste. 3200, Tampa, FL 33602.

_____          07/02/2015
Claimants Signature                       Date

_____          07/02/2015
Claimants Signature                       Date


/s/ Sophia C Dean, Esq.
Sophia C Dean, Esq.
Kaufman, Englett & Lynd, PLLC
150 N Orange Avenue, Suite 100
Orlando, FL 32801
P. 407-513-1900
F. 407-309-5900
Fla. Bar No. 92295