[Dogmuf] [Order Granting Motion for Payment Unclaimed Funds]

**Dated:**

July 16, 2015

ORDERED.

Karen S. Jennemann
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                           Case No. 6:12-bk-14538-KSJ
                                                                 Chapter 13
Robert A. Adiarte

Heather M. Ebright-Adiarte

_____Debtor*_____/

### ORDER GRANTING MOTION FOR PAYMENT OF UNCLAIMED FUNDS

THIS CASE came on for consideration, without a hearing, of the Motion for Payment of Unclaimed Funds (the "Motion"). The Motion was filed on July 2, 2015, by Sohpia C. Dean Esq. on behalf of Heather M. Ebright-Adiarte & Robert Adiarte. Having verified that the sum of $ 1,043.04 has been deposited in the Unclaimed Funds Registry of the Court, the Court finds that the Motion should be granted.

Accordingly it is

**ORDERED:**

1. The Motion is granted.

2. The Court's Financial Deputy shall prepare a payment voucher to be sent to the United States District Court in Orlando, Florida, for payment of the sum of $ 1,043.04 to:

Heather M. Ebright-Adiarte & Robert Adiarte
c/o Sophia C. Dean Esq.
150 N. Orange Avenue, Suite 100
Orlando, FL 32801

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

Clerk's Office shall serve this Order on interested parties.

Original to Financial Administrator